**FILED**

June 18, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **HUGO GAMEZ MOLINA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| v. | § | **NO. SA-26-CV-03665-OLG** |
| | § | |
| **MIGUEL VERGARA** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Unopposed Motion to Dismiss Without Prejudice. Upon review, the Court finds that the Motion (Dkt. No. 4) should be and hereby is **GRANTED**. This case is therefore **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

**SIGNED** on June 18, 2026.

_____
ORLANDO L. GARCIA
United States District Judge